IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AURELIAN IP MANAGEMENT, LLC | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:17-cv-210-RWS-RSP ) ) |
| OPEN TEXT INC. | ) ) |
| Defendant. | ) ) |

### **ORDER OF DISMISSAL OF OPEN TEXT INC. WITHOUT PREJUDICE**

CAME ON THIS DAY for consideration of the Notice of Voluntary Dismissal of Open Text Inc. Without Prejudice, the Court finds that good cause exists for dismissing this action. All claims asserted by Plaintiff against Defendant Open Text Inc. are hereby dismissed without prejudice.

**SIGNED this 18th day of May, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE